**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**CHARLES EDWARD ROBINSON, III**　　　　　　　　**PLAINTIFF/RESPONDENT**

**V.**　　　　　　　　**CASE NO. 5:22-CR-50030**

**UNITED STATES OF AMERICA**　　　　　　　　**DEFENDANT/PETITIONER**

**ORDER**

　　Comes on for consideration the Report and Recommendation (Doc. 147) filed in this case on June 24, 2025, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. No objections were filed by the parties.

　　The Court has reviewed this case and finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Report and Recommendation, Defendant's Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. § 2255 (Doc. 139), is **DENIED** and **DISMISSED WITH PREJUDICE**.

　　**IT IS SO ORDERED** on this 14th day of July, 2025.

　　　　　　　　　　　　　　　　　　　　*/s/ Timothy L. Brooks*
　　　　　　　　　　　　　　　　　　　　TIMOTHY L. BROOKS
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE